**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAINING, | Case No. 2:12-cv-10704-ODW(MRWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE BOEING CO.; MICHAEL KOBELIA; and DOES 1–50 inclusive, | |
| Defendants. | |

In light of the Court's Order Granting Defendants' Motion for Summary Judgment, **IT IS HEREBY ORDERED:**

1. Plaintiff James Haining shall take nothing;
2. Judgment for Defendants Boeing Co. and Michael Kobelia;
3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

September 11, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**